**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LINGBO LI,**

               Plaintiff,          20-cv-9158 (JGK)

    - against -              ORDER

**TEIKAMETRICS, INC. ET AL.,**

               Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The Clerk is directed to transfer this case on consent to the District of Massachusetts (Boston Division) pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

**Dated:**    **New York, New York**
           **February 2, 2021**        /s/ John G. Koeltl
                                              **John G. Koeltl**
                                  **United States District Judge**